UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLEGIANT AIR LLC, a Nevada Limited Liability Company, and AFH INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BELLINGHAM FUEL SERVICES, INC., a Washington Corporation,<br><br>Defendant. | NO.<br><br>PLAINTIFFS' COMPLAINT FOR BREACH OF CONTRACT AND FOR CONVERSION<br><br>JURY TRIAL DEMANDED |

Plaintiffs Allegiant Air LLC and AFH Inc., by way of complaint against Defendant Bellingham Fuel Services, Inc., assert as follows:

**PARTIES**

1. Plaintiff Allegiant Air LLC (Allegiant) is, and at all times relevant to the matters set forth in this Complaint was, a Nevada Limited Liability Company, with its principal place of business in Nevada, and was authorized to and engaged in the business of providing air carrier service in the continental United States, *inter alia*, in the State of Washington.

2. Plaintiff AFH Inc. is, and at all times relevant to the matters set forth in this action was, a Nevada corporation with its principal place of business in Nevada. AFH Inc. and Allegiant Air are related companies. AFH Inc. is, and at all times relevant to the matters set forth in this Complaint was, engaged in the business of a fuel servicer for Allegiant's operations.

PLAINTIFFS' COMPLAINT FOR BREACH
OF CONTRACT AND FOR CONVERSION
PAGE – 1

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

12604 00101 nb02ce33s4

3. Defendant Bellingham Fuel Services, Inc. (BFS) is, and at all times relevant to the matters set forth in this Complaint was, a Washington corporation with its principal place of business in Bellingham, Washington.  It is believed, and therefore alleged that, BFS is, and at all times relevant to the matters set forth in this Complaint was, a Fixed Base Operator providing services at Bellingham International Airport.  These services included, but were not limited to, aircraft refueling.

**JURISDICTION AND VENUE**

4. This Court has subject matter jurisdiction over this matter pursuant 28 U.S.C. § 1332 (diversity jurisdiction) because the opposing parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interests and costs.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a)(2) because a substantial portion of the events or omissions giving rise to this claim occurred in, and a substantial part of property that is the subject of the action is (or, at the times relevant to this action was) situated in, the Western District of Washington.

6. Plaintiffs Allegiant and AFH respectfully demand a trial by jury, pursuant to LR 38(b).

**FACTUAL SUMMARY**

7. In September 2008, Plaintiff AFH and Defendant BFS entered into a written Letter of Agreement (LOA), a copy of which is attached to this Complaint and incorporated by this reference as if fully set forth.  Plaintiff Allegiant was, and is, a third party beneficiary of the LOA.  The parties' LOA was, and is, a binding and enforceable contract.

8. The parties' LOA provided, *inter alia*, for the operation of a jet fuel storage tank at the Bellingham Airport and the providing of jet fuel and other required services to Allegiant aircraft.

9. Plaintiffs Allegiant and AFH fully performed all of their obligations under the LOA.

PLAINTIFFS' COMPLAINT FOR BREACH OF CONTRACT AND FOR CONVERSION
PAGE – 2

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

12604 00101 nb02ce33s4

10.  On August 31, 2010, Plaintiffs Allegiant Air and AFH terminated their contract with BFS.

11.  At the time of termination, Defendant BFS's ending jet fuel inventory sheet demonstrated that Plaintiffs Allegiant Air and AFH had a remaining jet fuel inventory of 210,767.6 gallons.

12.  On September 27, 2010, Defendant BFS transferred 12,386 gallons of jet fuel to Plaintiffs Allegiant's and AFH's new Fixed Based Operator at the Bellingham Airport. The remaining 198,381.6 gallons were not transferred.  Despite repeated demands, Defendant BFS has failed to return, deliver, tender, or otherwise account for the remaining 198,381.6 gallons of jet fuel.

13.  As a direct and proximate result of Defendant BFS's breach of the LOA, Plaintiffs Allegiant and AFH have been damaged.  The nature, extent, and amount of Plaintiff Allegiant's and AFH's damages will be established at time of trial or other hearing.  At least a portion of Plaintiff Allegiant's and AFH's damages are liquidated and it is, therefore, entitled to prejudgment interest on its liquidated damages.

## CAUSE OF ACTION
*Breach of Contract*

14.  The parties' September 2008 LOA was a valid, binding, and enforceable contract.

15.  Plaintiff Allegiant is a third party beneficiary of the September 2008 LOA.

16.  The September 2008 LOA provides, in pertinent part, that disputes relating to the LOA are subject to arbitration in Las Vegas, Nevada.  Because of the sensitive nature of their claims and the likelihood that Plaintiff will ask this Court for emergency relief, Plaintiffs Allegiant and AFH are filing this action in this Court in an effort to maintain the status quo and to preserve their rights until such time as arbitration can be initiated and an arbitration panel can be constituted, thereby giving Plaintiffs Allegiant and AFH a forum to seek timely relief.  Plaintiffs Allegiant and AFH reserve the right to pursue this action in this Court.

PLAINTIFFS' COMPLAINT FOR BREACH
OF CONTRACT AND FOR CONVERSION
PAGE – 3

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

12604 00101 nb02ce33s4

17. Despite fair and reasonable consideration, and complete and timely acceptance and performance on the part of Plaintiffs Allegiant and AFH, Defendant BFS has failed to provide its promised performance. As a consequence, Defendant BFS has breached its LOA, thereby causing injury and damages to Plaintiffs Allegiant and AFH.

18. As a direct and proximate cause of Defendant BFS's breach, Plaintiffs Allegiant and AFH have been injured. The nature, extent, and amount of Plaintiff Allegiant's and AFH's damages will be established at time of trial or other hearing. At least a portion of Plaintiff Allegiant's and AFH's damages are liquidated and it is, therefore, entitled to prejudgment interest on its liquidated damages.

*Conversion*

19. Defendant BFS's wrongful conduct has been, and continues to be, an unjustified and willful interference with the property of Plaintiffs Allegiant and AFH.

20. Defendant BFS's wrongful conduct has deprived Plaintiffs Allegiant and AFH of their property, to which they are entitled.

21. By its wrongful conduct, Defendant BFS has converted the property of Plaintiffs Allegiant and AFH.

22. As a direct and proximate cause of Defendant BFS's wrongful conduct, Plaintiffs Allegiant and AFH have been injured. The nature, extent, and amount of Plaintiff Allegiant's and AFH's damages will be established at time of trial or other hearing. At least a portion of Plaintiff Allegiant's and AFH's damages are liquidated and it is, therefore, entitled to prejudgment interest on its liquidated damages.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs Allegiant and AFH respectfully request that this Court:

1. Enter judgment in favor of Plaintiffs Allegiant and AFH and against Defendant BFS in an amount to be proven at time of trial;

PLAINTIFFS' COMPLAINT FOR BREACH
OF CONTRACT AND FOR CONVERSION
PAGE – 4

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

12604 00101 nb02ce33s4

2. Award Plaintiffs Allegiant and AFH their reasonable attorneys' fees and costs of litigation, pursuant to the parties' LOA, and prejudgment interest on its liquidated damages;

3. Permit Plaintiffs Allegiant and AFH to amend their pleadings to conform to proof discovered prior to or offered at time of trial; and

4. Grant Plaintiffs Allegiant and AFH such other relief as this Court deems fair.

DATED this 2ND day of February, 2011.

SKELLENGER BENDER, P.S.

By: _____
William Bender, WSBA #6574
Jeffrey C. Grant, WSBA #11046

Attorneys for Plaintiffs Allegiant Air LLC and AFH Inc.

PLAINTIFFS' COMPLAINT FOR BREACH
OF CONTRACT AND FOR CONVERSION
PAGE – 5

12604 00101 nb02ce33s4

Skellenger Bender, PS
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501